UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: SMITH, JAMES § Case No. 10-24412-JS
        SMITH, CODY §
                   §
Debtor(s)          §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>DAVID GROCHOCINSKI, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    Clerk of U.S. Bankruptcy Court
    219 S. Dearborn Street
    Chicago, IL  60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 09/02/2011 in Courtroom 4016, United States Courthouse,
DuPage County Courthouse
505 N. County Farm Road
DuPage, IL  60187.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 08/02/2011  By: /s/DAVID GROCHOCINSKI, TRUSTEE
                                                                                                     Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL 60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: SMITH, JAMES § | Case No. 10-24412-JS |
| SMITH, CODY § | |
| § | |
| Debtor(s) § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 65,012.93 |
| *and approved disbursements of* | $ 42.82 |
| *leaving a balance on hand of* [1] | $ 64,970.11 |

**Balance on hand:** $ 64,970.11

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 64,970.11 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DAVID GROCHOCINSKI, TRUSTEE | 6,500.62 | 0.00 | 6,500.62 |
| Attorney for Trustee, Fees - GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3,693.75 | 0.00 | 3,693.75 |
| Attorney for Trustee, Expenses - GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 74.70 | 0.00 | 74.70 |
| Accountant for Trustee, Fees - SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 1,132.50 | 0.00 | 1,132.50 |
| Other Fees: ROSE MILLER | 1,500.00 | 0.00 | 1,500.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 12,901.57 |
| Remaining balance: | $ 52,068.54 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 52,068.54

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $15,056.85 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3P | Department of the Treasury-Internal Revenue Servic | 15,056.85 | 0.00 | 15,056.85 |

Total to be paid for priority claims: $ 15,056.85
Remaining balance: $ 37,011.69

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 44,271.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 83.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3U | Department of the Treasury-Internal Revenue Servic | 2,507.75 | 0.00 | 2,096.49 |
| 4 | The Harbour Owners Association Inc | 3,610.25 | 0.00 | 3,018.18 |
| 5 | Atlas Acquisitions LLC | 590.93 | 0.00 | 494.02 |
| 6 | PYOD LLC its successors and assigns as assignee of | 14,410.58 | 0.00 | 12,047.30 |
| 7 | GE Money Bank | 2,035.89 | 0.00 | 1,702.01 |
| 8 | PYOD LLC its successors and assigns as assignee of | 1,816.34 | 0.00 | 1,518.47 |
| 9 | Fia Card Services, NA/Bank of America | 19,299.76 | 0.00 | 16,134.67 |

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 37,011.14 |
| Remaining balance: | $ | 0.55 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.55 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.55 |

Prepared By: /s/DAVID GROCHOCINSKI, TRUSTEE
Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL 60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-24412-JHS
James P. Smith                                                      Chapter 7
Cody L. Smith
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dwilliams          Page 1 of 2          Date Rcvd: Aug 03, 2011
                              Form ID: pdf006          Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2011.
```
db/jdb         James P. Smith,   Cody L. Smith,   27 W. 125 Cove,   Warrenville, IL  60555
aty           +Ariane Holtschlag,   Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty           +Scott R Clar,   Crane Heyman Simon Welch & Clar,    135 S Lasalle Suite 3705,
               Chicago, IL 60603-4101
tr            +David E Grochocinski,   Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
15645702      +Bank of America,   P.O. Box 17054,   Wilmington, DE 19850-7054
15645707      +CSI Property Management,   575 Davidson Gatoway Drive,   Davidson, NC 28036-7035
15645703      +Citibank,   P.O. Box 6241,   Sioux Falls, SD 57117-6241
15645705      +ComEd,   c/o Harris & Harris,   222 Merchandise Mart,   Chicago, IL 60654-1103
15645704       Comcast,   505 Northlake Ave,   Northlake, IL 60164
15645706      +Cortch & Lyons, P.A.,   301 S. McDonwell Street,   Suite 410,   Charlotte, NC 28204-2681
15645708      +Dr. Riaz Baber,   IC System, Inc.,   P.O. Box 64378,   Saint Paul, MN 55164-0378
15645709      +Edward Cardiovascular Institute,   c/o Collection Agency Attorney,   223 W. Jackson, Suite 900,
               Chicago, IL 60606-6912
15645711      +Edward Hospital,   c/o Collection Agency Attorney,   223 W. Jackson Blvd., Suite 900,
               Chicago, IL 60606-6912
15645710      +Edward Hospital,   c/o Collection Agency Attorney,   223 W. Jackson, Suite 900,
               Chicago, IL 60606-6912
15645712      +Expo/Citibank,   P.O. Box 6497,   Sioux Falls, SD 57117-6497
15645713      +Good Samaritan Hospital,   3815 Highland Ave.,   Downers Grove, IL 60515-1590
15645714      +Groot Ind.,   P.O. Box 92197,   Elk Grove Village, IL 60009-2197
15685341      +Harley-Davidson Credit Corp.,   PO BOX 829009,   Dallas, TX 75382-9009
15645716     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,   PO Box 21126,   Philadelphia PA 19114)
15645717      +Linden Oaks Hospital,   c/o Collection Agency Attorney,   223 W. Jackson Blvd., Suite 900,
               Chicago, IL 60606-6912
15645718      +Linen Oaks Hospital,   c/o Collection Agency Attorney,   223 W. Jackson Blvd., Suite 900,
               Chicago, IL 60606-6912
16098784      +PYOD LLC its successors and assigns as assignee of,   Citibank, NA,
               c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
15645721      +Sears,   c/o Collect America,   370 17th Street, Suite 5000,   Denver, CO 80202-5690
15645722       St. James Development, Inc.,   27 W. 125 Cove,   Warrenville, IL 60555
16026073      +The Harbour Owners Association Inc,   301 S McDowell Street Suite 410,   Charlotte, NC 28204-2681
15645723      +West Suburban Bank,   c/o Ms Gina Krol,   105 W Madison St Ste 1100,   Chicago, IL 60602-4600
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16050079      +E-mail/Text: bnc@atlasacq.com Aug 04 2011 00:39:39     Atlas Acquisitions LLC,   294 Union St.,
               Hackensack, NJ 07601-4303
16368003       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 04 2011 01:27:29
               Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
               Oklahoma City, OK  73124-8809
16233673       E-mail/PDF: gecsedi@recoverycorp.com Aug 04 2011 04:47:42     GE Money Bank,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
15645715      +E-mail/Text: bankruptcy.notices@hdfsi.com Aug 04 2011 00:38:17     Harley Davidson Credit,
               P.O. Box 21829,   Carson City, NV 89721-1829
15645719      +E-mail/PDF: gecsedi@recoverycorp.com Aug 04 2011 04:47:41     Lowes,   P.O. Box 981064,
               El Paso, TX 79998-1064
15645720       E-mail/Text: bankrup@nicor.com Aug 04 2011 00:38:25     Nicor Gas,   P.O. Box 416,
               Aurora, IL 60568-0001
                                                                                              TOTAL: 6
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
 District/off: 0752-1          User: dwilliams           Page 2 of 2              Date Rcvd: Aug 03, 2011
                               Form ID: pdf006           Total Noticed: 32

                   ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 05, 2011**                          **Signature:**    _/s/ Joseph Speetjens_