# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: SMITH, JAMES  § Case No. 10-24412-JS
   SMITH, CODY  §
            §
Debtor(s)  §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  DAVID GROCHOCINSKI, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 *(without deducting any secured claims)* | Assets Exempt: $8,555.00 |
| Total Distribution to Claimants: $52,069.03 | Claims Discharged Without Payment: $7,259.32 |
| Total Expenses of Administration: $12,944.39 | |

  3) Total gross receipts of $ 65,013.42 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $65,013.42 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $591,660.68 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 12,944.39 | 12,944.39 | 12,944.39 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 15,056.85 | 15,056.85 | 15,056.85 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 44,271.50 | 44,271.50 | 37,012.18 |
| **TOTAL DISBURSEMENTS** | $0.00 | $663,933.42 | $72,272.74 | $65,013.42 |

4) This case was originally filed under Chapter 7 on May 28, 2010. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/12/2012  By: /s/DAVID GROCHOCINSKI, TRUSTEE
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PREFERENCE/JUDGMENT LIEN | 1241-000 | 65,000.00 |
| Interest Income | 1270-000 | 13.42 |
| **TOTAL GROSS RECEIPTS** | | **$65,013.42** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | West Suburban Bank | 4110-000 | N/A | 234,733.32 | 0.00 | 0.00 |
| 2 | West Suburban Bank | 4110-000 | N/A | 356,927.36 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$591,660.68** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE | 2100-000 | N/A | 6,500.62 | 6,500.62 | 6,500.62 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3110-000 | N/A | 3,693.75 | 3,693.75 | 3,693.75 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3120-000 | N/A | 74.70 | 74.70 | 74.70 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | | | | | |
|---|---|---|---|---|---|
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 3410-000 | N/A | 1,132.50 | 1,132.50 | 1,132.50 |
| ROSE MILLER | 3510-000 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 42.82 | 42.82 | 42.82 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 12,944.39 | 12,944.39 | 12,944.39 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | Department of the Treasury-Internal Revenue | 5800-000 | N/A | 15,056.85 | 15,056.85 | 15,056.85 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 15,056.85 | 15,056.85 | 15,056.85 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3U | Department of the Treasury-Internal Revenue | 7100-000 | N/A | 2,507.75 | 2,507.75 | 2,096.56 |
| 4 | The Harbour Owners Association Inc | 7100-000 | N/A | 3,610.25 | 3,610.25 | 3,018.27 |
| 5 | Atlas Acquisitions LLC | 7100-000 | N/A | 590.93 | 590.93 | 494.03 |
| 6 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 14,410.58 | 14,410.58 | 12,047.63 |
| 7 | GE Money Bank | 7100-000 | N/A | 2,035.89 | 2,035.89 | 1,702.06 |
| 8 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 1,816.34 | 1,816.34 | 1,518.51 |
| 9 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 19,299.76 | 19,299.76 | 16,135.12 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 44,271.50 | 44,271.50 | 37,012.18 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-24412-JS  
**Case Name:** SMITH, JAMES  
SMITH, CODY  
**Period Ending:** 01/12/12

**Trustee:** (520067) DAVID GROCHOCINSKI, TRUSTEE  
**Filed (f) or Converted (c):** 05/28/10 (f)  
**§341(a) Meeting Date:** 08/03/10  
**Claims Bar Date:** 11/02/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH | 200.00 | 0.00 | | 0.00 | FA |
| 2 | OXFORD BANK | 100.00 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS | 1,500.00 | 0.00 | | 0.00 | FA |
| 4 | BOOKS ETC | 300.00 | 0.00 | | 0.00 | FA |
| 5 | WEARING APPAREL | 350.00 | 0.00 | | 0.00 | FA |
| 6 | JEWELRY | 500.00 | 0.00 | | 0.00 | FA |
| 7 | FIREARMS | 805.00 | 0.00 | | 0.00 | FA |
| 8 | GLOBE LIFE INS | 0.00 | 0.00 | | 0.00 | FA |
| 9 | ST JAMES DEVELOPMENT INC. | 0.00 | 0.00 | | 0.00 | FA |
| 10 | VA DISABILITY | 0.00 | 0.00 | | 0.00 | FA |
| 11 | 2005 HARLEY DAVIDSON MOTORCYCLE | 13,500.00 | 0.00 | | 0.00 | FA |
| 12 | 2003 HARLEY DAVIDSON MOTORCYLCE | 8,700.00 | 0.00 | | 0.00 | FA |
| 13 | LOT 13 HARBOUR POINT, NC | 350,000.00 | 0.00 | | 0.00 | FA |
| 14 | PREFERENCE/JUDGMENT LIEN (u) | 65,000.00 | 65,000.00 | | 65,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 13.42 | FA |
| 15 | Assets Totals (Excluding unknown values) | $440,955.00 | $65,000.00 | | $65,013.42 | $0.00 |

**Major Activities Affecting Case Closing:**

WAITING FOR TAX RETURNS; REVIEW OF CLAIMS; 12/5/11 RE-ISSUED REAL ESTATE BROKER COMMISSION CHECK. AWAITING CLEARANCE OF SAME TO PREPARE TDR

**Initial Projected Date Of Final Report (TFR):** April 30, 2012      **Current Projected Date Of Final Report (TFR):** August 2, 2011 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-24412-JS  
**Case Name:** SMITH, JAMES  
    SMITH, CODY  
**Taxpayer ID #:** **-***9961  
**Period Ending:** 01/12/12  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******30-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/20/10 | {14} | WEST SUBURBAN BANK | SETTLEMENT PAYMENT | 1241-000 | 60,000.00 | | 60,000.00 |
| 10/25/10 | {14} | WEST SUBURBAN BANK | SETTLEMENT PAYMENT | 1241-000 | 5,000.00 | | 65,000.00 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.56 | | 65,000.56 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.60 | | 65,002.16 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.65 | | 65,003.81 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.65 | | 65,005.46 |
| 02/15/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #10-24412, Bond#016026455 | 2300-000 | | 42.82 | 64,962.64 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.49 | | 64,964.13 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.65 | | 64,965.78 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.60 | | 64,967.38 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.65 | | 64,969.03 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.53 | | 64,969.56 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.55 | | 64,970.11 |
| 08/29/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.49 | | 64,970.60 |
| 08/29/11 | | To Account #9200******3066 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 64,970.60 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 65,013.42 | 65,013.42 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 64,970.60 | |
| | | | **Subtotal** | | 65,013.42 | 42.82 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$65,013.42** | **$42.82** | |

{} Asset reference(s)

Printed: 01/12/2012 01:52 PM   V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-24412-JS  
**Case Name:** SMITH, JAMES  
　　　　　　　SMITH, CODY  
**Taxpayer ID #:** **-***9961  
**Period Ending:** 01/12/12

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******30-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/29/11 | | From Account #9200******3065 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 64,970.60 | | 64,970.60 |
| 09/02/11 | 101 | DAVID GROCHOCINSKI, TRUSTEE | Dividend paid 100.00% on $6,500.62, Trustee Compensation;  Reference: | 2100-000 | | 6,500.62 | 58,469.98 |
| 09/02/11 | 102 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $3,693.75, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 3,693.75 | 54,776.23 |
| 09/02/11 | 103 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $74.70, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 74.70 | 54,701.53 |
| 09/02/11 | 104 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | Dividend paid 100.00% on $1,132.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,132.50 | 53,569.03 |
| 09/02/11 | 105 | ROSE MILLER | Dividend paid 100.00% on $1,500.00, Realtor for Trustee Fees (Real Estate Commissions); Reference: Stopped on 12/05/11 | 3510-000 | | 1,500.00 | 52,069.03 |
| 09/02/11 | 106 | Department of the Treasury-Internal Revenue Servic | Dividend paid 100.00% on $15,056.85; Claim# 3P; Filed: $15,056.85; Reference: | 5800-000 | | 15,056.85 | 37,012.18 |
| 09/02/11 | 107 | Department of the Treasury-Internal Revenue Servic | Dividend paid 83.60% on $2,507.75; Claim# 3U; Filed: $2,507.75; Reference: | 7100-000 | | 2,096.56 | 34,915.62 |
| 09/02/11 | 108 | The Harbour Owners Association Inc | Dividend paid 83.60% on $3,610.25; Claim# 4; Filed: $3,610.25; Reference: | 7100-000 | | 3,018.27 | 31,897.35 |
| 09/02/11 | 109 | Atlas Acquisitions LLC | Dividend paid 83.60% on $590.93; Claim# 5; Filed: $590.93; Reference: | 7100-000 | | 494.03 | 31,403.32 |
| 09/02/11 | 110 | PYOD LLC its successors and assigns as assignee of | Dividend paid 83.60% on $14,410.58; Claim# 6; Filed: $14,410.58; Reference: | 7100-000 | | 12,047.63 | 19,355.69 |
| 09/02/11 | 111 | GE Money Bank | Dividend paid 83.60% on $2,035.89; Claim# 7; Filed: $2,035.89; Reference: | 7100-000 | | 1,702.06 | 17,653.63 |
| 09/02/11 | 112 | PYOD LLC its successors and assigns as assignee of | Dividend paid 83.60% on $1,816.34; Claim# 8; Filed: $1,816.34; Reference: | 7100-000 | | 1,518.51 | 16,135.12 |
| 09/02/11 | 113 | Fia Card Services, NA/Bank of America | Dividend paid 83.60% on $19,299.76; Claim# 9; Filed: $19,299.76; Reference: | 7100-000 | | 16,135.12 | 0.00 |
| 12/05/11 | 105 | ROSE MILLER | Dividend paid 100.00% on $1,500.00, Realtor for Trustee Fees (Real Estate Commissions); Reference: Stopped: check issued on 09/02/11 | 3510-000 | | -1,500.00 | 1,500.00 |
| 12/05/11 | 114 | ROSE MILLER | REPLACEMENT OF CHECK | 3510-000 | | 1,500.00 | 0.00 |

Subtotals :　　$64,970.60　　$64,970.60

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 01/12/2012 01:52 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 10-24412-JS  
**Case Name:** SMITH, JAMES  
SMITH, CODY  
**Taxpayer ID #:** **-***9961  
**Period Ending:** 01/12/12

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******30-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 64,970.60 | 64,970.60 | $0.00 |
| | | | Less: Bank Transfers | | 64,970.60 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 64,970.60 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $64,970.60 | |

Net Receipts :       65,013.42  
Net Estate :       $65,013.42

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******30-65** | 65,013.42 | 42.82 | 0.00 |
| **Checking # 9200-******30-66** | 0.00 | 64,970.60 | 0.00 |
| | $65,013.42 | $65,013.42 | $0.00 |

{} Asset reference(s)    Printed: 01/12/2012 01:52 PM    V.12.57